MICHAEL CECI *v.* NATIONAL INDEMNITY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 661, is granted, limited to the following issue:

"Did the Appellate Court properly determine that, under the facts of this case, the plaintiff was not entitled to uninsured motorist insurance benefits pursuant to the business auto policy issued by the defendant?"

*Steven D. Jacobs,* in support of the petition.

*Daniel P. Scapellati* and *John W. Lemega,* in opposition.

Decided April 9, 1992